Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
Lewis Roca Rothgerber Christie LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
E-mail: mmccue@lrrc.com
E-mail: mzhong@lrrc.com

*Attorneys for Plaintiff*
*HDMI Licensing Administrator, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HDMI LICENSING ADMINISTRATOR, INC., a Delaware limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BBEN INTELLIGENT TECHNOLOGY INC., a Chinese company, <br><br> Defendant. | Case No.: 2:18-cv-00041-APG-NJK <br><br> **STIPULATION AND ORDER EXTENDING BRIEFING AND HEARING DEADLINES** <br><br> **(FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and District of Nevada Local Rule 6-1, Plaintiff HDMI Licensing Administrator, Inc. ("Plaintiff" and/or "HDMI LA") and Defendant BBEN Intelligent Technology Inc. ("Defendant" and/or "BBEN") hereby agree and stipulate as follows:

1. To facilitate their continued settlement discussions and to conserve the parties' and the Court's resources,:

   a. The deadline for BBEN to file and serve its response to HDMI LA's motion for preliminary injunction (ECF No. 4), shall be extended from January 16, 2018 to January 30, 2018;

   b. The hearing on HDMI LA's pending motion for preliminary injunction, currently set for January 17, 2018, shall be adjourned and rescheduled to January 31, 2018 or soon thereafter as the Court's schedule will allow; and

   c. The temporary restraining and seizure order (ECF No. 7) shall be

extended until the Court conducts a hearing on HDMI LA's motion for preliminary injunction.

**IT IS SO AGREED AND STIPULATED:**

| | |
|---|---|
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | NIXON PEABODY LLP |
| By: /s/ Michael J. McCue | By: /s/ On Lu |
| Michael J. McCue (Nevada Bar #6055) | On Lu (California Bar #242693) |
| Meng Zhong (Nevada Bar #12145) | One Embarcadero Center, 18th Floor |
| 3993 Howard Hughes Parkway, Suite 600 | San Francisco, CA 94111-3600 |
| Las Vegas, NV 89169 | |
| Telephone: (702) 949-8200 | *Attorney for Defendant* |
| MMcCue@LRRC.com | *BBEN Intelligent Technology Inc.* |
| MZhong@LRRC.com | |
| | Pending Pro Hac Vice Admission to Nevada Bar |
| *Attorneys for Plaintiff* | |
| *HDMI Licensing Administrator, Inc.* | |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/16/2018