# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

HDMI LICENSING ADMINISTRATOR, INC.,

                Plaintiff(s),

v.

BBEN INTELLIGENT TECHNOLOGY INC.,

                Defendant(s).

Case No. 2:18-cv-00041-APG-NJK

**ORDER**

(Docket No. 23)

Pending before the Court is Defendant BBEN's motion to withdraw as counsel. Docket No. 23. For good cause shown, the Court hereby **GRANTS** the motion. The Clerk's Office is **INSTRUCTED** to update the docket for Defendant using the address provided at Docket No. 23 at 2-3. Corporations may appear in federal court only through licensed counsel. *United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Accordingly, the Court **ORDERS** Defendant's new counsel to file a notice of appearance, no later than February 12, 2018. The Court further **ORDERS** Defendant's withdrawing counsel to serve this order on Defendant, and to file a certificate of service no later than February 1, 2018.

    IT IS SO ORDERED.

    Dated: January 29, 2018

                                            _____
                                            NANCY J. KOPPE
                                            UNITED STATES MAGISTRATE JUDGE